■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. IVAN FALCON, Appellant, v WARDEN OF RIKERS ISLAND CORRECTIONAL FACILITY et al., Respondents. [807 NYS2d 299]—Order, Supreme Court, Bronx County (John A. Barone, J.), entered on or about January 21, 2005, which denied the petition for a writ of habeas corpus, unanimously dismissed, without costs.

Petitioner's challenge to the hearing determination has been rendered moot by the final parole revocation determination (*People ex rel. Johnson v New York State Div. of Parole,* 270

AD2d 137 [2000]; *People ex rel. McCummings v DeAngelo*, 259 AD2d 794 [1999], *lv denied* 93 NY2d 810 [1999]). Concur—Mazzarelli, J.P., Saxe, Nardelli, Sweeny and McGuire, JJ.